UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBY DILLON on behalf of herself and her minor child A.M. as her guardian ad litem,<br><br>   Plaintiff,<br><br>v.<br><br>HAROLD LAFLAMME, et al,<br><br>   Defendants. | CASE NO: SACV15-00339 JLS (JCG)<br><br>BEFORE THE HONORABLE JOSEPHINE L. STATON<br>COURTROOM 10A<br><br>**FINAL JUDGMENT** |

Pursuant to the Court's Order dated March 2, 2016, all claims having been adjudicated in favor of Defendants,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff RUBY DILLON shall take nothing by way of her first amended complaint against Defendants. Defendants, as prevailing party, may seek to recover costs in accordance with Local Rule 54-2.1.

DATED: March 23, 2016

_____
THE HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

1